# Exhibit A

FILED
2022 OCT -6 AM 8:24
JUAN PABLO GUZMAN
CLERK OF THE SUPERIOR CT.
SANTA CRUZ COUNTY
For Clerk's use Only

Person Filing: Martha Elena Castillo for Ramon Castillo Valadez
Address (if not protected): 180 Calle Palenque
City, State, Zip Code: Rio Rico, AZ 85648
Telephone: (520) 033-3314
Email Address: roncas88@gmail.com
Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
## SANTA CRUZ COUNTY

Ramon Castillo Valadez
Name of Plaintiff

TUFESA USA LLC
Name of Defendant

Case Number: CV-22-247

Title: **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Santa Cruz County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☑ The value of this case exceeds $10,000 dollars.
   ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.
   ☐ The Plaintiff resides in Maricopa County.
   ☑ The Defendant resides in Maricopa County.
   ☑ The Defendant does business in Maricopa County.
   ☑ The events, actions, or debts subject of this Complaint occurred in Maricopa County.
   ☑ Other reason: Plaintiff resides in Santa Cruz County and office where he was employed and stationed at is located in Santa Cruz County.

## PARTIES

2. The Plaintiff in this case is **the employee**.

3. The Defendant in this case is **the employer**.

## STATEMENT OF FACTS AND BREACH

4. Hostile Work Environment

5. Irregular work schedules

6. Underpaid for Amount of duties/hours worked.

7. Unpaid Hours

8. Promising but not delivering.

9. 

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

Title 23 - Labor
(23-102 Payment of salaries

(23-205 Employee scheduling

( 23-327 ) Action by employee for recovery of wages.

( 23-355 ) Action by employee to recover wages.

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) Compensatory damages.

( ) Recovery of Money.

( ) Unpaid Wages & Overtime.

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(1) back pay

(2) front pay

(3) compensatory damages

(4) punititive damages

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

**DEMAND FOR JURY TRIAL** (Optional)

☐ I request a jury trial, and wrote this in the "Title" below the words "Civil Complaint."

Dated this 10-04-2022
(Date of signature)

_(signature)_
(Signature of Plaintiff or Plaintiff's Attorney)

SUPERIOR COURT OF ARIZONA

Santa Cruz COUNTY

Ramon Castillo Valadez
Name of Plaintiff

TUFESA USA LLC
Name if Defendant

Title: Civil Complaint

Statement of Facts and Breach

The History of TUFESA USA LLC

In 1993 TUFESA created a company in Mexico TUFESA, SA de C.V. In 2004, Tufesa, expanded its horizon creating TUFESA USA LLC in the United States. They started with a 6-bus fleet with terminals in Phoenix, Tucson, and Nogales Arizona. Their successes continued in 2007 opening a terminal in Los Angeles California and Las Vegas Nevada. In 2008 TUFESA USA LLC opened a terminal in San Francisco, San Jose, and Sacramento California. In 2009 TUFESA USA LLC had a fleet of fifty-six buses in the U.S. Over the years they expanded to Salt Lake City Utah and points in between. TUFESA USA now has a fleet of 70+ buses in the United States being the most recognized and preferred bus companies in the United States. Although TUFESA USA is solely responsible for all travel inside the United

States, they also offer the choice to travel internationally in continuance with a Mexico bus line named AUTOTRANSPORTES TUFESA S.A. de C.V (Acerca Nosotros, 2019). - (Exhibit A)

## My Complaint

I started my employment as a full-time bus driver with TUFESA USA LLC on May 21, 2019. I worked a total of five days a week with a variance in hours and days. When I was first hired with Tufesa USA LLC, my immediate supervisor was Arturo Monge, the CEO of TUFESA whom regretfully passed away on January 21, 2021, and Jose Villegas was the second in command. On March 21, 2020, Tufesa was forced to lay off merely all its staff due to border closures and travel bands due to COVID-19. (Exhibit C) The lay-off took place from March 21, 2020, through December 10, 2021. On December 11, 2021, I returned to work on a part-time basis (3 days a week) to full-time (5 days a week) and over-time (7 days a week) in a matter of weeks. In early July 2019, I approached Mr. Villegas to express my concerns about the excessive hours worked and my declining health due to the number of hours I was working, not resting, and not eating on a prompt basis. This elevating my diabetic numbers and causing on the job accidents due to the long hours behind the wheel. My last day of employment with the company was May 17, 2022, (Exhibit B) due to the following reasons.

- Hostile work environment.
- Irregular work schedules.
- Underpaid for number of duties/hours worked.
- Unpaid hours.
- Unkept promises.

Since approaching Mr. Villegas in July 2019, I continued worked 7 days a week, 14-16 hours a day for the same price. My daily tasks only included pre/post inspections and driving passengers to/from Nogales, AZ to Phoenix, AZ for $176.00 a round trip. The extent of the 15-16 hours consisted in wait times for the Mexico drivers to bring the bus to the US border, passenger tourist permits and Arizona Department of Transportation (ADOT) inspections, all which were not part of my Tufesa driver daily work duties. These extra duties extended my work hours and over-time hours which Tufesa never paid. At times I would work a shift from 8 am to 12 a.m. and then again at 7 a.m. to 11 p.m. the next day. The reason being that a driver did not show up to work. I was the most assessable driver, but per ADOT guidelines "<u>all sleeper berth pairings must add up to at least 10 hours</u>". This was never an issue for TUFESA as they were able to manipulate the hours worked on their computer to reflect the sleep berth was met according to the CDL/DOT sleep requirements. A lot of times, my schedules were as follows:

- Monday 8 am – 11 pm (15 hours)
- Tuesday 7 am – 11 pm (16 hours)
- Wednesday 8 am – 11 p.m. (15 hours)
- Thursday 8 am – 12 a.m. (16 hours)
- Friday 7 am – 9 pm (14 hours)
- Saturday 8 am – 11 pm (14 hours)
- Sunday 9 am – 12 am (14 hours)

For an approximate of 104 hours worked and approximately 36 hours slept in a week. This causing greater work stress, health problems and sometimes family conflicts.

I feel Tufesa forced me to quit my job due to conflicting work conditions and hostile behaviors from the Mexico bus drivers. I was subject to offensive, unwelcome conduct that was so severe or pervasive that it affected the conditions of my employment because I notified Mr. Villegas about the drivers conduct and he did nothing to remedy, instead he deleted the hateful WhatsApp messages between the drivers in a way to ratify their unprofessional behavior. I feared for my life because some messages were extremely insulting and mistreating. These messages were intolerable which forced me out of my job therefore I am requesting a demand for relief in the amount of $50,750.00 for the following reasons.

- back pay: the wages I lost because of the threatening messages and calls I received from the Mexico drivers who forced me to quit.

- front pay: the wages or benefits I lost until I found a new job.

- compensatory damages: compensation for the pain and suffering or mental distress I experienced because of the discharge. Having no work or money caused me to struggle with bills, financial problems, and the overall stress of supporting myself and my family.

- punitive damages: for my employer's egregious misconduct and unprofessional behaviors when trying reach out to him after my departure.

My employer owes me money for work that I completed for them. I understand that as an employee under both state and federal wage laws, state that every employee should receive payment for all their unpaid hours, to include hourly wages and overtime pay on their final paycheck after termination of employment, something that never happened therefore Tufesa is in violation of the Fair Labor Standards Act. It is important to mention that I always showed up for work to earn my wages. There were no garnishments by a third party for child support, unpaid

taxes, or an outstanding debt in place. I returned all the employer's property after finishing employment and I was not an exempt employee. Even though, Tufesa considered me at-will employee nothing gives them the right to:

- Commit wrongful termination.
- Breach of contract.
- Unpaid hours under the law.
- Supply unsafe working conditions.

My employer breached our verbal contract. Even though our original contract was in written form, continuing changes and agreements were verbal. I relied on false promises and/or changes that Tufesa never made. This causing many issues in my personal life, issues that could have been prevented if Tufesa would have kept its promises and made the proper changes to remedy the conflicts between its employees and company policies as assured by higher management.

Conoce un poco acerca de nuestra empresa.

### Quiénes somos
En 1994 nace en Sonora, Autotransportes Tufesa S.A. de CV, desde el inicio nuestra filosofía de un servicio puntual, cómodo, y seguro nos fue colocando en la preferencia y gusto de nuestros clientes.

Actualmente esa misma filosofía aunada a modernos autobuses, personal altamente capacitado, tecnología y avanzados sistemas nos mantienen siendo la empresa Líder en autotransporte de todo el Noroeste de México.

Somos una empresa de transporte que cuenta con modernos autobuses, personal altamente calificado, tecnología de punta y avanzados sistemas de cómputo, haciendo a Tufesa una empresa Líder en el autotransporte de la región noroeste de la república mexicana. Nuestra actividad principal es el autotransporte de pasajeros, distribuimos nuestras corridas a través de nuestros diferentes horarios y sucursales, bajo una línea de servicios para satisfacer así a todos nuestros usuarios.

Además brindamos un rápido y confiable servicio de paquetería y envíos en México, USA y a otras partes del mundo. Tenemos una gran gama de servicios que se adaptan a las necesidades de todos nuestros clientes.

### Misión
Transportar con Puntualidad y Comodidad.

### Visión
Ser una empresa que satisfaga la necesidad de transportación de nuestros clientes a través de cumplir con nuestros proveedores, con la sociedad, viviendo en un buen ambiente de trabajo y generando rentabilidad a nuestros socios accionistas.

### Valores
En Tufesa tenemos el compromiso de transmitir los siguientes valores dentro de nuestra organización:

- Respeto: Todos somos iguales.
- Responsabilidad: Hacer lo que me comprometí, con lo que quede en tiempo y forma.

## Mapa del sitio

PASAJE

Cobertura
Estatus de corridas
Nuestros servicios
Horarios
Revisa tu reservación
PAQUETERÍA

Tufesa envíos
INFORMACIÓN

Preguntas frecuentes
Políticas de viaje
Tips de seguridad
Proveedor TUFESA
Proveedor LOGIST
Aviso de privacidad
Buzón de sugerencia
Directorio

TURISMO

Cobertura
Objetivo
Solicitud


NOSOTROS

Acerca de nosotros

Exhibit C (2 pages)



TUFESA USA LLC
1614 N. 27TH AVE
PHOENIX AZ, 85009

Ramon Castillo
180 Calle Palenque
Rio Rico, AZ 85648
Date: March 31, 2020

Dear Ramon Castillo,

RE:   Notice of Layoffs under the Worker Adjustment and Retraining Notification Act

This Notice is provided to you in accordance with the federal Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. § 2101 *et seq*. This notice may be updated as more information becomes available.

Over the past ten days, Tufesa International ("Tufesa" or "Company") has seen a drastic decline in business due to the COVID-19 pandemic. The sales decline has simply been too steep for Tufesa to continue its current operations without making significant changes. Unfortunately, one of the changes that Tufesa has to make immediately is to reduce its payroll expenses.

You are being laid off immediately – March 31, 2020. Unfortunately, unforeseen business circumstances have caused Tufesa to need to take immediate action such that it was not reasonably foreseeable for Tufesa to provide notice of the layoff sixty days ago. Sixty days ago, Tufesa was operating as normal. The Company now, however, finds itself in a business environment unlike anything experienced before, and the Company has had no choice but to make fast decisions in order to survive this pandemic. We hope that the Company will be back to "business as usual" at some point, but we do not know when that will occur. Therefore, for now you should assume that the layoff is permanent.

No "bumping" rights exist in connection with this cease of operations. (In a seniority system, "bumping" rights allow workers with greater seniority whose jobs are abolished to replace, or "bump," workers with less seniority so that the worker who ultimately loses his/her job is not the worker whose job was eliminated.)

Tufesa truly regrets that these actions are necessary. We deeply appreciate the loyalty of our employees and our foremost concern is for their well-being. Because of this pandemic and the tremendous burden it has placed on businesses and their workforces, the Governor of



Arizona has made changes to the availability of unemployment in Arizona, including, among other things, temporarily suspending the one-week waiting period for receiving unemployment benefits. In addition, the federal government is providing funds to the States to increase the weekly amount of benefits for employees who have been laid off in connection with COVID-19. Please visit the Arizona Department of Economic Security's website for current information: https://des.az.gov/services/employment/unemployment-individual.

  We thank you for all the contributions you have made to our Company and regret to inform you of this decision. We hope to work with you again in the future.

  Feel free to contact me (Cinthya Romero) directly for any questions. My direct number is 602-441-1087.

Respectfully,

Cinthya Romero
TUFESA USA LLC
Human Resources Department

Exhibit B (1 page)

| Ramon Castillo | | | | Tufesa USA LLC | | | 1614 N 27th Ave Phoenix, AZ 85009 602-415-9900 | | |
|---|---|---|---|---|---|---|---|---|---|
| Company 102975201 | Period Begin 5/18/2019 | Division | | | | | | | |
| Number 8874 | Period End 5/24/2019 | Branch | | | | | | | |
| Social Security # | Check Number 43280 | Department 01 | | | | | | | |
| Hire Date 5/21/2019 | Check Date 5/31/2019 | Team | | | | | | | |

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Trips | | 80.05 | 5.00 | 400.25 | 400.25 |
| **Total Earnings** | | | 5.00 | 400.25 | 400.25 |
| **NET PAY** | | 348.04 | **Total Direct Deposits** | | 0.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/2) (400.25) | 1.18 | 1.18 |
| OASDI (400.25) | 24.82 | 24.82 |
| Medicare (400.25) | 5.80 | 5.80 |
| AZ (06/4) (400.25) | 20.41 | 20.41 |
| **Total Deductions** | 52.21 | 52.21 |
| **Check Amount** | 348.04 | 348.04 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼